| | | | |
|---|---|---|---|
| Com. v. Carbone ..................... | 3108 EDA 2014 Affirmed Application to Withdraw as Counsel Granted | 08/29/2016 | CP–46–CR–0008986– 2011 (Montgomery) |
| Com. v. Bozic........................ | 952 EDA 2015 Affirmed | 08/29/2016 | CP–51–CR–0107651– 2005 (Philadelphia) |
| Com. v. Brown ...................... | 2149 EDA 2015 Affirmed | 08/29/2016 | CP–51–CR–0013549– 2008 (Philadelphia) |
| Com. v. Weaver ..................... | 2301 EDA 2015 Affirmed | 08/29/2016 | CP–51–CR–0012655– 2010 (Philadelphia) |
| Com. v. Schoffler ................... | 2611 EDA 2015 Affirmed | 08/29/2016 | CP–39–CR–0003521– 2013 (Lehigh) |
| Com. v. Garrett ..................... | 3491 EDA 2015 Affirmed | 08/29/2016 | CP–45–SA–0000072– 2015 (Monroe) |
| Com. v. Boreman .................... | 1469 MDA 2015 Affirmed | 08/29/2016 | CP–50–CR–0000044– 2013 CP–50–CR–0000045– 2013 CP–50–CR–0000046– 2013 CP–50–CR–0000444– 2012 CP–50–CR–0000445– 2012 CP–50–CR–0000446– 2012 CP–50–CR–0000447– 2012 CP–50–CR–0000448– 2012 CP–50–CR–0000449– 2012 CP–50–CR–0000450– 2012 (Perry) |
| CFS–4 II, LLC. v. Greco [29] ............ | 1636 MDA 2015 Affirmed | 08/29/2016 | 3716 of 2012 (Luzerne) |
| CFS–4 II, LLC. v. Phoenix Estates [30] .... | 1637 MDA 2015 Affirmed | 08/29/2016 | 2012–3725 (Luzerne) |
| Com. v. Browne [31] ................... | 1750 MDA 2015 Affirmed | 08/29/2016 | CP–22–CR–0001587– 2014 (Dauphin) |
| Com. v. Browne [32] ................... | 1876 MDA 2015 Affirmed | 08/29/2016 | CP–22–CR–0001587– 2014 (Dauphin) |

29. Petition for reargument denied November 09, 2016.
30. Petition for reargument denied November 09, 2016.
31. Petition for reargument denied November 10, 2016.
32. Petition for reargument denied November 10, 2016.